Case 16-20280-TPA    Doc 77    Filed 05/02/17    Entered 05/02/17 12:21:51    Desc Main
Document    Page 1 of 2

FILED
5/2/17 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No. | 16-20280-TPA |
| | : | | |
| Karen J Aston | : | Chapter: | 13 |
| *Debtor(s)*. | : | | |
| | : | Date: | 4/26/2017 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

*MATTER:*   #67 Motion to Extend LMP

#69 Order to Show Cause for failure to comply with LMP Guidelines
    #73 Resp by Caliber
    #74 Joint Status Report

(James Prostko, Esq., Alicia Sandoval, Esq., Tania Malave, Amber Posocco-Coville, Supervisor of BK Dept from M&T, and Supervisor of BK Dept of Bayview shall all personally appear)

*APPEARANCES:*

Debtor:            Justin P. Schantz
Caliber;Bayview:   Alicia Sandovol, James Prostko
M&T Bank:          James Warmbrodt
Trustee:           Richard Bedford

*NOTES:*

Warmbrodt:    Amber Posocco-Coville is an M&T Employee,
              Courtney Misbrant is here,
              Operations Manager of M&T.

| | |
|---|---|
| Sandoval: | Tania Malave is a Bayview employee, she is not here.  Bayview could appear at a later time.  I followed up with Bayview as to who would be appearing they advised. no one would be appearing. |
| Prostko: | All of the problems have been corrected.  Caliber has responded on portal, LMP is proceeding |
| Schantz: | I have had much contact with Atty. Sandovol and LMP is proceeding.   The loan has been transferred transferred on the portal.  M&T has done what is needed.  We have a staffer dedicated to LMP in our office. |
| *OUTCOME:* | #69:  OTSC on Bayview: President and Counsel of Chief  and Counsel of Bayview is to personally appear. Chambers to issue Order. |
| | #67:   GRANTED, LMP is extended for 60 days. |

*[signature]*

ljm