**MATTLEMAN, WEINROTH & MILLER, P.C.**
Alicia M. Sandoval, Esquire (AS2774)
401 Route 70 East, Suite 100
Cherry Hill, NJ 08034
(856) 429-5507

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Bankruptcy No. 16-20280-TPA |
| **KAREN J. ASTON,** | : | Chapter 13 |
| **Debtor.** | : | |
| **KAREN J. ASTON,** | : | |
| **Movant,** | : | |
| v. | : | Document No. 69, 74 |
| | : | Hearing Date:  May 24, 2017 @ 11:30 am |
| **BAYVIEW LOAN SERVICING, LLC;** | : | |
| **CALIBER HOME LOANS, INC.,** | : | |
| **Respondent.** | : | |

## CERTIFICATION OF SERVICE

I hereby certify that on the 3rd day of May, 2017, I have served or caused to be served a true and correct copy of the Order entered by this Honorable Court upon all parties named herein at their last known address or upon their attorney of record by the method stated below.

*Via Email and U.S. First Class Mail*
Hollie R. Byrd
Bayview Loan Servicing, LLC
689 Airport Freeway
Hurst, TX  76053

*Via Email and U.S. First Class Mail*
Tania Malave
Bayview Loan Servicing, LLC
1415 W. Cypress Creek Road, Suite 200
Ft. Lauderdale, FL 33309

Dated: May 3, 2017

MATTLEMAN, WEINROTH & MILLER, P.C.

*/s/ Alicia M. Sandoval*
Alicia M. Sandoval
Attorney I.D. No. 311874
401 Route 70 East, Suite 100
Cherry Hill, New Jersey 08034
(856) 429-5507
Fax (856) 964-0156