# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Karen J Aston**
   Debtor(s)

Bankruptcy Case No.: 16–20280–TPA
Related to Docket No. 82
Chapter: 13
Docket No.: 83 – 82
Concil. Conf.: August 17, 2017 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **July 17, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **July 21, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **August 17, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 22, 2017

cm: All Creditors and Parties In Interest

                                                            *[signature]*
                                            Thomas P. Agresti, Judge
                                            United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

      In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

      The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

      The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

    Debtor(s)' case name and bankruptcy case number must be included on the payment.

    The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

                          Ronda J. Winnecour, Trustee
                          P.O. Box 84051
                          Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 16-20280-TPA
Karen J Aston                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: vson              Page 1 of 2              Date Rcvd: May 22, 2017
                              Form ID: 213            Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db             Karen J Aston,    606 S. 6th Street,    Youngwood, PA 15697-1117
cr             LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
14171610      +1st Financiall Investment Fund,    3091 Governors Lake Drive,    Peachtree Corners, GA 30071-1135
14171611      +Adamson Construction LLC,    3002 Casagrande Street,    Claridge, PA 15623-1825
14171613      +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
14232349       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
14243005       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
14171614       Dsnb Macys,    911 Duke Boulevard,    Mason, OH 45040
14171615      +John Aston,    P. O. Box 217,    La Belle, PA 15450-0217
14338062      +LSF9 Master Participation Trust,    C/O Caliber Home Loans, INC,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
14171618      +Midland Credit Management, Inc.,    P.O. Box 939050,    San Diego, CA 92193-9050
14220750      +Midland Funding LLC,    PO Box 2011,    Warren MI 48090-2011
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 23 2017 01:23:00
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, FL 33146-1837
cr             E-mail/PDF: rmscedi@recoverycorp.com May 23 2017 01:28:47
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
14171612      +E-mail/Text: EBNProcessing@afni.com May 23 2017 01:22:42    Afni, Inc.,    P. O. Box 3097,
                Bloomington, IL 61702-3097
14228550      +E-mail/Text: camanagement@mtb.com May 23 2017 01:21:52    Bayview Loan Servicing, LLC,
                c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
14171616      +E-mail/Text: bnckohlsnotices@becket-lee.com May 23 2017 01:21:44    Kohls/Capone,
                N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
14171617       E-mail/Text: camanagement@mtb.com May 23 2017 01:21:52    M & T Bank,    1100 Wehrle Drive,
                Buffalo, NY 14240
14244159       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2017 01:28:48
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
14175507       E-mail/PDF: rmscedi@recoverycorp.com May 23 2017 01:16:00
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14171619      +E-mail/PDF: gecsedi@recoverycorp.com May 23 2017 01:15:58    Synchrony Bankb/Lowes,
                P. O. Box 956005,    Orlando, FL 32896-0001
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             CALIBER HOME LOANS, INC.
cr             M&T BANK
                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC asandoval@mwm-law.com
              Alicia M. Sandoval    on behalf of Creditor    CALIBER HOME LOANS, INC. asandoval@mwm-law.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    CALIBER HOME LOANS, INC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
```

```
District/off: 0315-2          User: vson                Page 2 of 2            Date Rcvd: May 22, 2017
                              Form ID: 213              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Justin P. Schantz    on behalf of Debtor Karen J Aston jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                 TOTAL: 8