FILED
5/25/17 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-20280-TPA |
| Karen J Aston | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 5/24/2017 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:** #77 Cont. Order to Show Cause
(Tania Malave and Hollie R. Byrd to personally appear)

**APPEARANCES:**

- Debtor: Justin P. Schantz
- Caliber; James Prostko
- Bayview: Alicia Sandovol
  - Tania Malave (Service Coordinator of Portal)
  - Hollie Byrd (Bky Supervisor)
- M&T Bank: James Warmbrodt (no appearance)
- Trustee: Jana Pail

**NOTES:**

Byrd: Miscommunication, understanding that Atty. Sandovol would appear at the previous hearing. I now understand. (11:56)

Malave: (11:57) Detail of duties given. File sent to Calibur on 1/6/17. I didn't receive the Order. VP of Bayview told us (Mike Churchman?) we didn't have to appear.

Prostko: Calibur is proceeding with loss mitigation now. Divorce decree was uploaded.

Schantz: Yes, we uploaded everything. Waiting for a response.

Sandovol: Nothing further.

**OUTCOME:** OTSC is vacated.

ljm