Case 16-20280-TPA    Doc 87    Filed 06/03/17    Entered 06/04/17 00:58:45    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
6/1/17 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KAREN J. ASTON : Case No. 16-20280TPA
   *Debtor* : Chapter 13
 : Related to Document No. 69

KAREN J. ASTON :
   *Movant* :
 :
v. :
 :
BAYVIEW LOAN SERVICING LLC :
AND CALIBER HOME LOANS, INC:
   *Respondents* :

## ORDER

**AND NOW**, this **1st** day of **June, 2017,** on April 12, 2017, an **Order to Show Cause** was issued at Document No. 69 against representatives of M&T Bank, Bayview Loan Servicing LLC, Jeremy J. Kobeski, Esq. and Alicia M. Sandoval, Esq. for failure to comply with the February 10, 2017 **Order** at Document No. 63 and the LMP guidelines.

After a hearing held on May 24, 2017, to consider the **Order to Show Cause,** it is hereby **ORDERED, ADJUDGED and DECREED** that the **Order to Show Cause** is **VACATED** for the reasons set forth on the record on May 24, 2017.

_____
Thomas P. Agresti, Judge  **ljm**
United States Bankruptcy Court

Case Administrator to serve:
   Justin Schantz, Esq.
   Debtor
   Jeremy J. Kobeski, Esq.
   Alicia M. Sandoval, Esq.
   James Prostko, Esq.
   James Warmbrodt, Esq.
   Ronda Winnecour, Esq.
   Mark Pecarchik, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-20280-TPA
Karen J Aston                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz              Page 1 of 1              Date Rcvd: Jun 01, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2017.
db              Karen J Aston,   606 S. 6th Street,   Youngwood, PA  15697-1117
               +Mark J. Pecarchik, Esq.,   745 Somerville Drive,   Pittsburgh, PA 15243-1668

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2017 at the address(es) listed below:
    Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC asandoval@mwm-law.com
    Alicia M. Sandoval    on behalf of Creditor    CALIBER HOME LOANS, INC. asandoval@mwm-law.com
    James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
    James A. Prostko    on behalf of Creditor    CALIBER HOME LOANS, INC. pawb@fedphe.com, james.prostko@phelanhallinan.com
    Jeremy J. Kobeski    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
    Justin P. Schantz    on behalf of Debtor Karen J Aston jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 8