## UNITED STATES BANKRUTPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Karen Aston, | Case No. 16-20280 TPA |
| Debtors, | Document No. 93 |
| | Related to DD No. 90, 92 |
| Karen Aston, | Related to Claim No. 3 |
| Movant, | Hearing Date: 9/13/17 at 9:30 AM |
| v. | |
| LSF9 Master Participation Trust, c/o Caliber Home Loans, | |
| Respondents, | |

## CERTIFICATE OF SERVICE

of Order on Debtor's Objection to Notice of Mortgage Payment Change

      I certify under penalty of perjury that I served a copy of the ***Order on Debtor's Objection to Notice of Mortgage Payment Change*** at DOC 92 and this Certificate of Service by the following methods to the following people on July 6, 2017.

**Service by Electronic Notification through PACER**:

Mario J. Hanyon on behalf of Creditor LSF9 Master Participation Trust
pawb@fedphe.com

Jeremy J. Kobeski on behalf of Creditor Bayview Loan Servicing, LLC
pawb@fedphe.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James A. Prostko on behalf of Creditor CALIBER HOME LOANS, INC.
pawb@fedphe.com, james.prostko@phelanhallinan.com

Alicia M. Sandoval on behalf of Creditor Bayview Loan Servicing, LLC
asandoval@mwm-law.com

Alicia M. Sandoval on behalf of Creditor CALIBER HOME LOANS, INC.
asandoval@mwm-law.com

James Warmbrodt on behalf of Creditor M&T BANK
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**EXECUTED ON:** July 6, 2017          /s/ Justin P. Schantz, Esquire
                                       Justin P. Schantz, Esquire
                                       Law Care and Associates
                                       324 South Maple Avenue
                                       Greensburg, PA 15601
                                       PA ID 210198
                                       724-837-2320
                                       jschantz@my-lawyers.us