**PRINT INQUIRY**

Close Window

Click Here to Print this Page

| 16-20280TPA | KAREN J ASTON | (xxx-xx-5606) | 606 S. 6TH STREET • YOUNGWOOD • PA • 15697 | $541.67 MO/$750.93 MO | Bar Date(s): | 6/12/2016 (has passed) 7/27/2016 (has passed) |
|---|---|---|---|---|---|---|
| | | | | | Confirmed: | 3/18/2016 |
| | Trustee: Ronda J. Winnecour | | Attorney: JUSTIN P SCHANTZ ESQ | | Case Status: | ACTIVE |

## Financials

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements |
|---|---|---|---|---|---|---|
| 7/5/2017 | | | 357352 6-30-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 7/5/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 6/27/2017 | 0 | JUSTIN P SCHANTZ ESQ | 1045491 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $56.10 |
| 6/27/2017 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1044726 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $540.15 |
| 6/26/2017 | | | 355687 6-23-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/26/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 6/20/2017 | | | 354087 6-16-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/20/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 6/13/2017 | | | 352447 6-9-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/13/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 6/8/2017 | | | 351580 6-5-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/8/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 6/1/2017 | | | 349092 5-26-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/1/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 5/25/2017 | 0 | JUSTIN P SCHANTZ ESQ | 1042088 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $60.08 |
| 5/25/2017 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1041343 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $536.17 |
| 5/23/2017 | | | 347269 5-19-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 5/23/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 5/16/2017 | | | 345578 5-12-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 5/16/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 5/8/2017 | | | 343939 5-5-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 5/8/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 5/2/2017 | | | 342112 4-28-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 5/2/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 4/25/2017 | | | 340435 4-21-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |

| Date | | Payee | Check # | Description | | Amount |
|---|---|---|---|---|---|---|
| 4/25/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 4/21/2017 | 0 | JUSTIN P SCHANTZ ESQ | 1038790 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $39.36 |
| 4/21/2017 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1038064 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $318.76 |
| 4/20/2017 | | | 338717 4-14-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 4/20/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 4/17/2017 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1036277 | PREWRITTEN CHECK TO CREDITOR/CONTINUING DEBT - COMPUTER CHECKS | | $444.33 |
| 4/17/2017 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1024451 | CANCELLED CHECK TO CREDITOR/CONTINUING DEBT | | ($444.33) |
| 4/11/2017 | | | 336895 4-7-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 4/11/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 4/3/2017 | | | 335036 3-31-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 4/3/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 3/28/2017 | 0 | JUSTIN P SCHANTZ ESQ | 1035559 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $74.01 |
| 3/28/2017 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1034773 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $524.09 |
| 3/27/2017 | | | 333351 3-24-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/27/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 3/21/2017 | | | 331669 3-17-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/21/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 3/14/2017 | | | 330032 3-10-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/14/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 3/7/2017 | | | 328366 3-3-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/7/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 3/1/2017 | | | 326462 2-24-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/1/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 2/24/2017 | 0 | JUSTIN P SCHANTZ ESQ | 1032095 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $52.04 |
| 2/24/2017 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1031334 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $306.82 |
| 2/22/2017 | | | 324988 2-17-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 2/22/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 2/14/2017 | | | 323044 2-10-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 2/14/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 2/7/2017 | | | 321477 2- | DEBTOR PAYMENTS REMITTED BY EMPLOYER | $125.00 | |

| Date | | Payee | Check # | Description | | Amount |
|---|---|---|---|---|---|---|
| 2/7/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 2/1/2017 | | | 319419 1-27-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 2/1/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 1/27/2017 | 0 | JUSTIN P SCHANTZ ESQ | 1028728 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $131.64 |
| 1/27/2017 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1027921 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $585.71 |
| 1/24/2017 | | | 317815 1-20-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 1/24/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 1/18/2017 | | | 316266 1-13-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 1/18/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 1/12/2017 | | | 315280 1-9-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 1/12/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 1/9/2017 | | | 313985 1-3-17 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 1/9/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 1/2/2017 | | | 311222 12-23-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 1/2/2017 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.38 |
| 12/21/2016 | | | 309250 12-16-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 12/21/2016 | 0 | JUSTIN P SCHANTZ ESQ | 1025213 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $151.92 |
| 12/21/2016 | 10 | LSF9 MASTER PARTICIPATION TRUST | 1024451 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $444.33 |
| 12/21/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 12/16/2016 | 3 | BAYVIEW LOAN SERVICING LLC | | REALLOCATION OF CONTINUING DEBT | | ($340.45) |
| 12/16/2016 | 10 | BAYVIEW LOAN SERVICING LLC | | REALLOCATION OF CONTINUING DEBT | | $340.45 |
| 12/14/2016 | | | 307546 12-9-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 12/14/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 12/7/2016 | | | 306085 12-2-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 12/7/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 12/2/2016 | | | 304745 11-28-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 12/2/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 11/23/2016 | | | 301736 11-18-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 11/23/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 11/21/2016 | | | 300893 11-14-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |

| Date | | Payee | Check # | Description | Amount | Amount |
|---|---|---|---|---|---|---|
| 11/21/2016 | 0 | JUSTIN P SCHANTZ ESQ | 1021870 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $17.30 |
| 11/21/2016 | 3 | BAYVIEW LOAN SERVICING LLC | 1019772 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $340.45 |
| 11/21/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 11/9/2016 | | | 298055 11-4-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 11/9/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 11/3/2016 | 3 | BAYVIEW LOAN SERVICING LLC | | REALLOCATION OF CONTINUING DEBT | | $3,710.23 |
| 11/3/2016 | 10 | BAYVIEW LOAN SERVICING LLC | | REALLOCATION OF CONTINUING DEBT | | ($3,710.23) |
| 11/1/2016 | | | 295797 10-28-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 11/1/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 10/26/2016 | 0 | JUSTIN P SCHANTZ ESQ | 1018620 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $30.20 |
| 10/26/2016 | 10 | BAYVIEW LOAN SERVICING LLC | 1016346 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $446.80 |
| 10/25/2016 | | | 293984 10-21-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 10/25/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 10/18/2016 | | | 292185 10-14-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 10/18/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 10/12/2016 | | | 290492 10-7-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 10/12/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 10/4/2016 | | | 288190 9-30-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 10/4/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 10/3/2016 | | | 286427 9-23-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 10/3/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.75 |
| 9/27/2016 | 0 | JUSTIN P SCHANTZ ESQ | 1014911 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $30.49 |
| 9/27/2016 | 10 | BAYVIEW LOAN SERVICING LLC | 1012429 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $451.03 |
| 9/20/2016 | | | 284634 9-16-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 9/20/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 9/16/2016 | | | 283746 9-12-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 9/16/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 9/7/2016 | | | 281521 9-2-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 9/7/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 9/1/2016 | | | 278790 8-26-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 9/1/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 8/26/2016 | 0 | JUSTIN P SCHANTZ | 1010980 | AMOUNTS DISBURSED TO CREDITOR - | | $38.11 |

| Date | | Payee | Document # | Description | Amount | Amount |
|---|---|---|---|---|---|---|
| 8/26/2016 | 10 | BAYVIEW LOAN SERVICING LLC | 1008398 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $563.79 |
| 8/23/2016 | | | 277003 8-19-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 8/23/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 8/16/2016 | | | 275251 8-12-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 8/16/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 8/15/2016 | | | 273436 8-5-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 8/15/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 8/3/2016 | | | 271294 7-29-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 8/3/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 7/27/2016 | | | 269420 7-22-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 7/27/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 7/26/2016 | 0 | JUSTIN P SCHANTZ ESQ | 1006954 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $151.99 |
| 7/26/2016 | 10 | BAYVIEW LOAN SERVICING LLC | 1004432 | AMOUNTS DISBURSED TO CREDITOR - MONTHLY DISBURSEMENTS | | $2,248.61 |
| 7/22/2016 | | | 267520 7-15-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 7/22/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 7/14/2016 | | | 266614 7-11-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 7/14/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 7/7/2016 | | | 263695 7-1-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 7/7/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 7/1/2016 | | | 261567 6-24-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 7/1/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 6/21/2016 | | | 259629 6-17-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/21/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 6/20/2016 | | | 256647 6-6-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/20/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 6/15/2016 | | | 257595 6-10-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/15/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 6/1/2016 | | | 253758 5-27-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 6/1/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 5/25/2016 | | | 251684 5-20-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 5/25/2016 | | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |

| Date | Payee | Check # / Date | Description | Amount | Trustee Fee |
|---|---|---|---|---|---|
| 5/16/2016 | | 249733 5/13/16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 5/16/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 5/9/2016 | | 247555 5/6/16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 5/9/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 5/2/2016 | | 245429 4/29/16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 5/2/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 4/26/2016 | | 243474 4/22/16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 4/26/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 4/19/2016 | | 241667 4-15-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 4/19/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 4/11/2016 | | 239521 4/8/16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 4/11/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 4/5/2016 | | 237219 4-1-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 4/5/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $4.62 |
| 3/28/2016 | | 235129 3-25-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/28/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.12 |
| 3/22/2016 | | 233044 3-18-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/22/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.12 |
| 3/15/2016 | | 231004 3-11-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/15/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.12 |
| 3/8/2016 | | 228766 3-4-16 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $125.00 | |
| 3/8/2016 | RONDA J WINNECOUR PA ID #30399 | | TRUSTEE FEE - PLAN RECEIPT | | $5.12 |
| | | | Totals: | $8,750.00 | $8,506.50 |