IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Karen Aston | Bankruptcy No. 16-20280<br>Chapter 13<br>Document No.<br>Related to Document No. 91 |
| Karen Aston, | |
| Movants | |
| v. | |
| Caliber and M&T Bank | |
| | Respondent, |

**ORDER**

A *Loss Mitigation Order* dated December 8, 2016, was entered in the above matter at Document No. 35. On June 30, 2017, a ***Motion to Extend the Loss Mitigation Period*** was filed by Karen Aston at Document No.90.

***AND NOW***, this  12th  day of            July            , 20 17 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including August 11, 2017*.

_____
Judge Thomas P. Agresti        vas

PAWB Local Form 43 (04/14)                                                                         Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Karen J Aston
    Debtor

Case No. 16-20280-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Jul 12, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
db         Karen J Aston,    606 S. 6th Street,    Youngwood, PA   15697-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
        Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC asandoval@mwm-law.com
        Alicia M. Sandoval    on behalf of Creditor    CALIBER HOME LOANS, INC. asandoval@mwm-law.com
        James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Creditor    CALIBER HOME LOANS, INC. pawb@fedphe.com, james.prostko@phelanhallinan.com
        Jeremy J. Kobeski    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
        Justin P. Schantz    on behalf of Debtor Karen J Aston jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
        Mario J. Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                               TOTAL: 9