IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: Karen Aston<br>    Debtor, | Bankruptcy No. 16-20280-TPA<br>Chapter 13 |
|  | Document No. 100 |
| Karen Aston,<br>    Movant, | Related to Document No. 99 |
| v. |  |
| Caliber and M&T Bank and<br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Respondents, |  |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 11, 2017, I served a copy of the ***ORDER Filed on 8/11/2017 at Docket No. 99*** and this ***COS*** by the following methods to the following people:
**Prepaid United States First Class mail**

**Karen J. Aston**
606 South 6th Street
Youngwood, PA 15697


**Electronic service through ECF:**
Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com
Alicia M. Sandoval on behalf of Creditor Bayview Loan Servicing, LLC and Caliber Home loans asandoval@mwm-law.com
James A. Prostko on behalf of Caliber Home Loans Inc., pawb@fedphe.com
Mario J. Hanyon on behalf of LSF9 Master Participation Trust**,** pawb@fedphe.com
James Warmbrodt on behalf of M&T Bank**,** bkgroup@kmllawgroup.com
Jeremy J. Kobeski on behalf of Bayview Loan Servicing, LLC, pawb@fedphe.com

Executed on August 11, 2017

/s/ Justin P. Schantz, Esquire
Law Care
David A. Colecchia and Associates
324 S. Maple Ave.
Greensburg, PA 15601-3219
724-837-2320
PA ID 210198
jschantz@my-lawyer.us