IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Karen Aston<br>　　　　　Debtor, | Bankruptcy No. 16-20280-TPA<br>Chapter 13 |
| | Document No. 100 |
| Karen Aston,<br>　　　　　Movant, | Related to Document No. 99 |
| v. | |
| Caliber and M&T Bank and<br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　　Respondents, | |

## AMENDED CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 11, 2017, I served a copy of the ***ORDER Filed on 8/11/2017 at Docket No. 99*** and this **Amended *COS*** by the following methods to the following people:
**Prepaid United States First Class mail:**

**Karen J. Aston**
606 South 6th Street
Youngwood, PA 15697

Recovery Management Systems, Corp.,
25 S.E. Second Avenue
Suite 1120
Miami, FL  33131-1605


**Electronic service through ECF:**
Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com
Alicia M. Sandoval on behalf of Creditor Bayview Loan Servicing, LLC and Caliber Home loans
asandoval@mwm-law.com
James A. Prostko on behalf of Caliber Home Loans Inc., pawb@fedphe.com
Mario J. Hanyon on behalf of LSF9 Master Participation Trust**,** pawb@fedphe.com
James Warmbrodt on behalf of M&T Bank**,** bkgroup@kmllawgroup.com
Jeremy J. Kobeski on behalf of Bayview Loan Servicing, LLC, pawb@fedphe.com

Executed on August 11, 2017

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Justin P. Schantz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　　　　　　324 S. Maple Ave.
　　　　　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601-3219
　　　　　　　　　　　　　　　　　　　　　　　　724-837-2320
　　　　　　　　　　　　　　　　　　　　　　　　PA ID 210198
　　　　　　　　　　　　　　　　　　　　　　　　jschantz@my-lawyer.us