FILED
8/11/17 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KAREN ASTON | : | Case No. 16-20280-TPA |
| *Debtor* | : | Chapter 13 |
| KAREN ASTON | : | Related to Doc Nos. 6, 14 & 98 |
| *Movant* | : | |
| v. | : | |
| CALIBER & M&T BANK | : | Hearing: August 16, 2017 at 11:00 A.M. |
| *Respondent(s)* | : | |

**ORDER**

On August 10, 2017, the Debtor filed a **Motion to Extend Loss Mitigation** at Document No. 98 ("Motion"), requesting an additional 30 days to contact Debtor's ex-husband to sign the loan modification documents, Therefore,

*AND NOW*, this **11th** day of **August, 2017,** it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1)    A **Status Conference** on compliance with the pending *Loss Mitigation Order*, dated February 17, 2016, is scheduled on **August 16, 2017 at 11:00 A.M.** in Courtroom C, 54th Fl. U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA.

(2)    The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the

Court's questions regarding the status of the pending LMP application. Debtor(s) shall upload a copy of this Order on the Portal.

(3)   The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within two (2) days.

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-20280-TPA
Karen J Aston                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz          Page 1 of 1          Date Rcvd: Aug 11, 2017
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db          Karen J Aston,    606 S. 6th Street,    Youngwood, PA  15697-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                    Signature: /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
      Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC
       alicia.sandoval@obermayer.com
      Alicia M. Sandoval    on behalf of Creditor    CALIBER HOME LOANS, INC.
       alicia.sandoval@obermayer.com
      James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    CALIBER HOME LOANS, INC. pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Jeremy J. Kobeski    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
      Justin P. Schantz    on behalf of Debtor Karen J Aston jschantz@my-lawyers.us,
       colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
       no@my-lawyers.us;ekudlock@my-lawyers.us
      Mario J. Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 9