FILED
8/18/17 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-20280-TPA |
| Karen J Aston | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 8/16/2017 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:**    #98 Motion to Extend the Loss Mitigation Period

**APPEARANCES:**
  Debtor:    Justin P. Schantz
  Trustee:   Ronda Winnecour
  Caliber:   James Prostko
  M&T Bank:  James Warmbrodt (no appearance)

**NOTES:**

Schantz:    Only need letter from debtor's ex-husband that he would sign loan modification papers. Cannot get a hold of ex-husband.

**OUTCOME:**    GRANTED for a final 45 days, OE.

ljm