IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/18/17 10:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: Karen Aston | Bankruptcy No. 16-20280<br>Chapter 13<br>Document No. 98 |
| Karen Aston, | |
| Movants<br>v. | |
| Caliber and M&T Bank and Ronda J. Winnecour<br>Chapter 13 Trustee | |
| Respondent, | |

## ORDER

A *Loss Mitigation Order* dated December 8, 2016, was entered in the above matter at Document No. 54. On August 10, 2017, a *Motion to Extend the Loss Mitigation Period* was filed by Karen Aston at Document No.98.

*AND NOW*, this __16th__ day of __August_____, 20___, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* __Oct 7, 20 17__. No extensions will be allowed.

Judge Thomas P. Agresti

PAWB Local Form 43 (04/14)                                                                            Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 16-20280-TPA
Karen J Aston                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz              Page 1 of 1             Date Rcvd: Aug 18, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
db            Karen J Aston,    606 S. 6th Street,    Youngwood, PA   15697-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
              Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC
               alicia.sandoval@obermayer.com
              Alicia M. Sandoval    on behalf of Creditor    CALIBER HOME LOANS, INC.
               alicia.sandoval@obermayer.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    CALIBER HOME LOANS, INC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeremy J. Kobeski    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
              Justin P. Schantz    on behalf of Debtor Karen J Aston jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Mario J. Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9