```
                                                            FILED
                                                            8/31/17 1:51 pm
           UNITED STATES BANKRUTPTCY COURT                  CLERK
           WESTERN DISTRICT OF PENNSYLVANIA                 U.S. BANKRUPTCY
                                                            COURT - WDPA
```

| | |
|---|---|
| IN RE:  Karen Aston, | Case No. 16-20280 TPA |
| Debtors, | Document No.<br>Related to DD No. 90 |
| Karen Aston, | Related to Claim No. 3 |
| Movant, | |
| v.<br>LSF9 Master Participation Trust,<br>c/o Caliber Home Loans, | |
| Respondents, | |

## ORDER OF COURT

AND NOW, this ___31st___ day of ___August___, 2017, upon consideration of Debtor's Objection to Notice of Mortgage Payment change, said Objection is GRANTED. Respondent LSF9 Master Participation trust is hereby DIRECTED to provide documentation to the Debtor, the Chapter 13 Trustee, and to this Court concerning the payments necessary for taxes and insurance within 30 days of the date of this Order.

Furthermore, Respondent shall either file a) an Amended Notice of Mortgage Payment Change, or b), a statement that no Amended Notice is necessary, within 30 days of this Order. If Respondent fails to comply with all aspects of this Order, this Court shall schedule a hearing related to the enforcement of this order upon praecipe by any party in interest.

BY THE COURT:

_/s/ Thomas P. Agresti_    ljm
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Karen J Aston  
    Debtor

Case No. 16-20280-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: amaz    Page 1 of 1    Date Rcvd: Aug 31, 2017  
                               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2017.  
db        Karen J Aston,    606 S. 6th Street,    Youngwood, PA 15697-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
        Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC
          alicia.sandoval@obermayer.com
        Alicia M. Sandoval    on behalf of Creditor    CALIBER HOME LOANS, INC.
          alicia.sandoval@obermayer.com
        James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        James A. Prostko    on behalf of Creditor    CALIBER HOME LOANS, INC. pawb@fedphe.com,
          james.prostko@phelanhallinan.com
        Jeremy J. Kobeski    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
        Justin P. Schantz    on behalf of Debtor Karen J Aston jschantz@my-lawyers.us,
          colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
          no@my-lawyers.us;ekudlock@my-lawyers.us
        Mario J. Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                TOTAL: 9