# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | KAREN J ASTON |
| Case Number: | 16-20280-TPA    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 16, 2017 02:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#82 - Continued  - Trustee's Certificate of Default to Dismiss
R / M #:   82 / 0

### *Appearances:*

Debtor: Schantz

Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:*

LMP not successful
Plan not feasible
#16,144 arrears on 1,293 payment
would need payment of 4,696

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 11-29-17 at 12:00.
10. _____ Other:

FILED
NOV 20 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

11/8/2017   2:36:12PM