FILED
11/30/17 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 16-20280-TPA |
| Karen J Aston | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 11/29/2017 |
| | : | Time: | 12:00 |

## PROCEEDING MEMO

**MATTER:**    #82 Contested Tee's Cert of Def to Dismiss

**APPEARANCES:**

　　　　Debtor:    Justin P. Schantz
　　　　Trustee:    Jana Pail

**NOTES:**

Pail:    LMP not successful, renders plan infeasible. Payment would need to be $4,732. Plan is $16,000 in arrears.

Schantz:    We have tried everything we could with this case.

**OUTCOME:**    Trustee's oral motion for dismissal w/o prejudice is GRANTED

ljm