FILED
11/30/17 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

(N.)

| | |
|---|---|
| In re:<br>KAREN J ASTON<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>KAREN J ASTON<br><br>Respondent(s) | Case No. 16-20280TPA<br>Chapter 13<br><br>Related to Document No. __82__ |

## ORDER

AND NOW, this __29th__ day of __November__, 20_17_, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is *ORDERED, ADJUDGED and DECREED:*

☐    This case is *DISMISSED*, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒    This case is *DISMISSED*, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is *FURTHER ORDERED* as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

    D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

        (1)    the time deadline provided by state law; or

        (2)    30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective _____ .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☒ Other: *Grant Trustee's motion to Dismiss w/o prejudice*

BY THE COURT:

Dated: *Nov. 29, 2017*

_____
United States Bankruptcy Judge

ljm

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-20280-TPA
Karen J Aston                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: amaz              Page 1 of 2              Date Rcvd: Nov 30, 2017
                               Form ID: pdf900         Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.
```
db               Karen J Aston,    606 S. 6th Street,    Youngwood, PA 15697-1117
cr              LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
14171610       +1st Financiall Investment Fund,    3091 Governors Lake Drive,    Peachtree Corners, GA 30071-1135
14171611       +Adamson Construction LLC,    3002 Casagrande Street,    Claridge, PA 15623-1825
14171613       +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
14232349        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
14243005        Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14171614        Dsnb Macys,    911 Duke Boulevard,    Mason, OH 45040
14171615       +John Aston,    P. O. Box 217,    La Belle, PA 15450-0217
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 30 2017 18:12:55
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 30 2017 18:16:20
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14171612       +E-mail/Text: EBNProcessing@afni.com Nov 30 2017 18:12:45      Afni, Inc.,    P. O. Box 3097,
                 Bloomington, IL 61702-3097
14228550       +E-mail/Text: camanagement@mtb.com Nov 30 2017 18:12:26      Bayview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
14171616       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 30 2017 18:12:22      Kohls/Capone,
                 N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
14338062       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 30 2017 18:13:10
                 LSF9 Master Participation Trust,    C/O Caliber Home Loans, INC,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14171617        E-mail/Text: camanagement@mtb.com Nov 30 2017 18:12:26      M & T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14240
14171618       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 30 2017 18:12:39      Midland Credit Management, Inc.,
                 P.O. Box 939050,    San Diego, CA 92193-9050
14220750       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 30 2017 18:12:39      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
14244159        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 30 2017 18:21:43
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
14175507        E-mail/PDF: rmscedi@recoverycorp.com Nov 30 2017 18:16:12
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14171619       +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2017 18:16:19      Synchrony Bankb/Lowes,
                 P. O. Box 956005,    Orlando, FL 32896-0001
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CALIBER HOME LOANS, INC.
cr              M&T BANK
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2                User: amaz                    Page 2 of 2                   Date Rcvd: Nov 30, 2017
                                    Form ID: pdf900               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2017 at the address(es) listed below:
          Alicia M. Sandoval    on behalf of Creditor    Bayview Loan Servicing, LLC
           alicia.sandoval@obermayer.com
          Alicia M. Sandoval    on behalf of Creditor    CALIBER HOME LOANS, INC.
           alicia.sandoval@obermayer.com
          James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    CALIBER HOME LOANS, INC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeremy J. Kobeski    on behalf of Creditor    Bayview Loan Servicing, LLC pawb@fedphe.com
          Justin P. Schantz    on behalf of Debtor Karen J Aston jschantz@my-lawyers.us,
           colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
           no@my-lawyers.us;ekudlock@my-lawyers.us
          Mario J. Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9