# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Karen J. Aston,<br>　　　　　Debtor, | Case No. 16-20280-TPA<br>Related to Docket Document 113 |
| | Doc No. 115 |
| Karen J. Aston and Ronda Winnecour, Chapter 13 Trustee<br>xxx-xx-5606<br>　　　　　Movant,<br>　　V.<br>Giant Eagle, Inc.,<br>　　　　　Respondent, | Motion WO-1 |

## CERTIFICATE OF SERVICE

of **ORDER DISMISSING CASE WITHOUT PREJUDICE, TERMINATING WAGE ATTACHMENTS, AND REINSTATING CREDITOR COLLECTION REMEDIES** at **DOC 113** and this **COS.**

I certify under penalty of perjury that on January 17, 2018, I served the above captioned pleadings on the parties at the address specified below or on the attached list as indicated

The types of service made on the parties or another type of service were Prepaid United States First Class Mail with Return Service Requested and Electronic Notification.

**PARTIES SERVED BY ELECTRONIC NOTIFICATION:**

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

**PARTIES SERVED BY UNITED STATES FIRST CLASS MAIL:**

Karen J. Aston
606 South 6th Street
Youngwood, PA  15697

Giant Eagle, Inc.
Attention:  Payroll Administrator
101 Kappa Drive
Pittsburgh, PA  15238-2809

**Executed on:  January 17, 2018**　　　　　/s/ Justin P. Schantz, Esquire
　　　　　　　　　　　　　　　　　　　　　Justin P. Schantz
　　　　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　　　324 S. Maple Ave.
　　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601-3219
　　　　　　　　　　　　　　　　　　　　　724-837-2320
　　　　　　　　　　　　　　　　　　　　　PA ID 210198
　　　　　　　　　　　　　　　　　　　　　jschantz@my-lawyer.us