**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KAREN J ASTON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-20280 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/29/2016 and confirmed on 03/18/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 12,375.00 |
| Less Refunds to Debtor | 1,125.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,250.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,002.72 | |
| Trustee Fee | 469.30 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,472.02 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FIRST FINANCIAL INVESTMENT FUND HOLI<br>Acct: 4118 | 0.00 | 0.00 | 0.00 | 0.00 |
| LSF9 MASTER PARTICIPATION TRUST<br>Acct: 2376 | 0.00 | 9,777.98 | 0.00 | 9,777.98 |
| LSF9 MASTER PARTICIPATION TRUST<br>Acct: 2376 | 0.00 | 0.00 | 0.00 | 0.00 |
| LSF9 MASTER PARTICIPATION TRUST<br>Acct: 2376 | 85,853.22 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK++<br>Acct: 0692 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 9,777.98 |
| **Priority** | | | | |
| JUSTIN P SCHANTZ ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KAREN J ASTON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KAREN J ASTON<br>Acct: | 375.00 | 375.00 | 0.00 | 0.00 |

| 16-20280 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| KAREN J ASTON | 625.00 | 625.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KAREN J ASTON | 125.00 | 125.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 3,833.00 | 1,002.72 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 950.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2376 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| Unsecured | | | | |
| ADAMSON CONSTRUCTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7029 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,835.52 | 0.00 | 0.00 | 0.00 |
| Acct: 5018 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,690.32 | 0.00 | 0.00 | 0.00 |
| Acct: 7561 | | | | |
| CAPITAL ONE NA\*\* | 1,497.16 | 0.00 | 0.00 | 0.00 |
| Acct: 3801 | | | | |
| MIDLAND FUNDING LLC | 5,982.35 | 0.00 | 0.00 | 0.00 |
| Acct: 2554 | | | | |
| MIDLAND FUNDING LLC | 483.79 | 0.00 | 0.00 | 0.00 |
| Acct: 0808 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

| TOTAL PAID TO CREDITORS | | 9,777.98 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 950.00 | |
| SECURED | 85,853.22 | |
| UNSECURED | 11.489.14 | |

Date: 03/13/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com